# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THERESA E. REAVES,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:12-cv-1547-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's action to obtain judicial review of a final decision of the Commissioner of the Social Security Administration denying her claim for Disability Insurance Benefits and Supplemental Security Income filed on October 12, 2012.

The United States Magistrate Judge has submitted a report recommending that the Court reverse and remand the final decision for further proceedings pursuant to sentence four of Section 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 3, 2013 (Doc. No. 29), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Court reverses and remands the final decision for further proceedings pursuant to sentence four of Section 405(g).

3. The Clerk is directed to enter Judgment in favor of the Claimant and against the Commissioner.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2013.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties