# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THERESA E. REAVES,**

      **Plaintiff,**

**v.**                                         **Case No:   6:12-cv-1547-Orl-22GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 32) filed on January 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Statement of no objection (Doc. No. 34), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 6, 2014 (Doc. No. 33), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Uncontested Petition for Attorney's Fees is hereby GRANTED in part and DENIED in part. The Motion (Doc. No. 32) is GRANTED only to the extent that the Court awards EAJA fees to Plaintiff, as the prevailing party, in the amount of $5,032.51; and is otherwise DENIED.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties